**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**THELMA LOUISE ROSE,**

    **Plaintiff,**

-vs-                                                            Case No:  3:10-cv-1200-J-37JBT

**MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,**

    **Defendant.**
_____/

## ORDER

This cause is before the Court on Plaintiff's appeal of an administrative decision denying her application for a Period of Disability and Disability Insurance Benefits ("DIB"). The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 31), filed on March 8, 2012, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Clerk of Court is directed to enter judgment, pursuant to sentence four of 42 U.S.C. § 405(g), **REVERSING** the Commissioner's decision and **REMANDING** with instructions to the ALJ:

    (a) to reconsider whether Plaintiff is capable of performing her past relevant

       work and, if the ALJ intends to rely on the VE testimony, pose a hypothetical question to the VE that comprises all of the Plaintiff's impairments;

  (b) to consider the evidence not previously considered by the ALJ but presented to the Appeals Council (Tr. 165-71, 323-46) along with all other material evidence;

  (c) to clearly articulate his RFC assessment and adequately explain any decision that Plaintiff can perform her past relevant work or other work in the national economy, if applicable, so as to allow for meaningful review; and,

  (d) to conduct any further proceedings deemed appropriate.

3. The Clerk of Court is further directed to close the file.

4. Should this remand result in the award of benefits, pursuant to Fed. R. Civ. P. 54(d)(2)(B), Plaintiff's attorney is granted an extension of time in which to file a petition for authorization of attorney's fees under 42 U.S.C. § 406(b) and is directed to file such within thirty (30) days from the date of the Commissioner's letter sent to Plaintiff's counsel of record at the conclusion of the Agency's past due benefit calculation stating the amount withheld for attorney's fees.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, on April 4, 2012.

ROY B. DALTON JR.
United States District Judge

Copies furnished to:
Counsel of Record